IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>) | MDL No. 2804 |
| ) | JUDGE DAN AARON POLSTER |
| )<br>THIS DOCUMENT RELATES TO: )<br>*City of Troy, Alabama v.* )<br>*AmerisourceBergen Drug Corporation, et al.* ) | CASE NO. 1:18-op-45947 |

**PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE**

COMES NOW Plaintiff City of Troy, Alabama, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Cardinal Health, Inc.

Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Purdue Pharma LP

Johnson & Johnson

Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.

Janssen Pharmaceuticals, Inc.

Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.

Actavis Pharma, Inc. f/k/a/ Watson Pharma, Inc.

Actavis LLC

Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.

Cephalon, Inc.

Endo Health Solutions Inc.

Endo Pharmaceuticals Inc.

Mallinckrodt LLC

Noramco, Inc.

Teva Pharmaceuticals USA, Inc.

Watson Laboratories, Inc.

AmerisourceBergen Drug Corporation

Dated: April 29, 2019    RESPECTFULLY SUBMITTED:

*/s/ Peter J. Mougey*
Peter J. Mougey, Esq.
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                      */s/ Peter J. Mougey*
                                      Peter J. Mougey, Esq.